|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| MARK STRADLEY, | Case No. 2:19-cv-01748-GMN-DJA |
| Plaintiff | ORDER |
| v. | |
| J. DZURENDA, *et al.*, | |
| Defendants | |

**I.  DISCUSSION**

On October 9, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order.  (ECF No. 3 at 2).  On November 1, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate and inmate account statement from the NDOC yet.  (ECF No. 4 at 2). The Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Monday, December 9, 2019.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before **Monday, December 9, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including both a financial certificate and inmate account statement, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this 5th day of November, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE