|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | DISTRICT OF NEVADA |

| | |
|---|---|
| MARK STRADLEY,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>J. DZURENDA, *et al.*,<br><br>　　　　　　　Defendants | Case No. 2:19-cv-01748-GMN-DJA<br><br>ORDER |

**I.　DISCUSSION**

On October 9, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On November 1, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate and inmate account statement from the NDOC yet. (ECF No. 4 at 2). On November 5, 2019, this Court granted Plaintiff until December 9, 2019 to file a fully complete application to proceed *in forma pauperis.* (ECF No. 5). On December 5, 2019, Plaintiff filed a second motion for an extension of time because he has still not received his financial certificate and inmate account statement from the NDOC. (ECF No. 6). The Court now grants Plaintiff's second motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate on this Court's approved form, or pay the full $400 filing fee on or before **Friday, January 24, 2020**.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Plaintiff's second motion for extension of time (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that on or before **Friday, January 24, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the

correct form with complete financial attachments, including both a financial certificate and inmate account statement, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this 9th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE