**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK STRADLEY,

                 Plaintiffs,

v.

J. DZURENDA, et al.,

                 Defendants.

2:19-cv-01748-MMD-CLB

**ORDER**

On October 13, 2020, the court's order setting inmate mediation conference (ECF No. 14) was returned from High Desert State Prison and marked "paroled" (ECF No. 15). Thereafter, the court issued an order requiring the plaintiff to file an updated address and *in forma pauperis* application or pay the filing full filing fee on or before November 2, 2020 (ECF No. 16). This order was also returned on October 19, 2020 and marked "paroled" (ECF No. 17).

The court will allow plaintiff one final opportunity to proceed in this action.  Plaintiff is advised that pursuant to LR IA 3-1, he must immediately file with the court written notification of any change of address.  Failure to comply with this rule will result in dismissal of this action.  Plaintiff shall have until **Monday, December 7, 2020** to file a notice of change of address or this case will be dismissed.

The inmate mediation conference set for Tuesday, November 10, 2020 at 2:30 pm is hereby **VACATED.**

      **DATED:** November 6, 2020.

                                                                       _____
                                                                **UNITED STATES MAGISTRATE JUDGE**

1