UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK STRADLEY,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>J. DZURENDA, *et al.*,<br>　　　　　　　　Defendants. | Case No. 2:19-cv-01748-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Mark Stradley brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla L. Baldwin (ECF No. 20), recommending that Plaintiff's action be dismissed for Plaintiff's failure to comply with LR IA 3-1. Plaintiff had until December 25, 2020 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R and dismisses Plaintiff's action for failure to comply with LR IA 3-1.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

///

1    Because there is no objection, the Court need not conduct *de novo* review, and is satisfied Judge Baldwin did not clearly err. Here, Judge Baldwin recommends Plaintiff's action be dismissed as Plaintiff has failed to notify the Court of Plaintiff's change of address despite the Court's order (ECF No. 18) on November 6, 2020. (ECF No. 20.) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 20) is accepted and adopted in full.

It is further ordered that this action is dismissed for Plaintiff's failure to comply with LR IA 3-1.

The Clerk of Court is directed to enter judgment accordingly and to close this case.

DATED THIS 29th Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE